**DISMISS and Opinion Filed February 10, 2022**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00994-CV**

**MINH T. NGUYEN AND THAO THIEN, Appellants**

**V.**

**BRECKINRIDGE FARMS HOMEOWNERS' ASSOCIATION, INC.,**
**Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04280-2020**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court is appellants' motion to dismiss the appeal because the parties have settled their differences. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/

ROBERT D. BURNS, III
CHIEF JUSTICE

210994F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MINH T. NGUYEN AND THAO
THIEN, Appellants

No. 05-21-00994-CV        V.

BRECKINRIDGE FARMS
HOMEOWNERS' ASSOCIATION,
INC., Appellee

On Appeal from the 429th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 429-04280-
2020.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee
BRECKINRIDGE FARMS HOMEOWNERS' ASSOCIATION, INC. recover its
costs of this appeal from appellants MINH T. NGUYEN AND THAO THIEN.

Judgment entered February 10, 2022